UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CONSTANCE MCKELLER** § | |
|     **Plaintiff** § | |
| § | |
| **V.** § | Case No. 3:23-CV-01626-L |
| § | |
| **AAA LIFE INSURANCE COMPANY** § | |
|     **Defendant** § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Defendant, AAA Life Insurance Company, and files this Notice of Settlement to inform the Court that the parties have reached resolution. This is a full and final settlement of all claims against the Defendant. The Parties are working to finalize the settlement and will file an Agreed Motion to Dismiss with Prejudice and a proposed Agreed Order Granting same as soon as possible.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Sarah R. Smith*
**Sarah R. Smith**
Texas Bar No: 24056346
**B. Austin Westergom**
Texas Bar No: 24125873
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: (713) 659-6767
Fax:    (713) 759-6830
sarah.smith@lewisbrisbois.com
austin.westergom@lewisbrisbois.com
**ATTORNEY FOR DEFENDANT**

128391696.1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by facsimile, certified mail, return receipt requested, first class U.S. mail, electronic mail by the clerk of the court, and/or by messenger on the 31st day of August, 2023.

Jennifer Weber Johnson             ***Via Eserve***
Mark A. Ticer
LAW OFFICE OF MARK A. TICER
10440 N. Central Expressway, Suite 600
Dallas, Texas 75231
jjohnson@ticerlaw.com
mticer@ticerlaw.com
*Attorneys for Plaintiff*

                  */s/ Sarah R. Smith*
                 Sarah R. Smith