IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CONSTANCE McKELLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-1626-L** |
| | § | |
| **AAA LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

The court has been notified by Defendant's counsel, Ms. Sarah R. Smith, that this case has settled.  The parties are therefore **directed** to file a stipulation or notice of dismissal, or an agreed motion to dismiss with the United States District Clerk's Office by **October 2, 2023**.  The court truly appreciates the efforts of the parties in resolving this case.  There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court **determines** that it should be, and is hereby, **administratively closed**.  Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records.  The court **directs** the clerk of court to terminate all pending motions.  Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 1st day of September, 2023.

Sam A. Lindsay
United States District Judge