IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CONSTANCE McKELLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-1626-L** |
| | § | |
| **AAA LIFE INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Before the court is the Parties' Joint Stipulation for Dismissal with Prejudice ("Stipulation") (Doc. 8), filed October 2, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the Notice has been signed by all Parties who have appeared, no court order is required, and this action and all claims asserted by or against the Parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court declines to issue one. Per the Stipulation, the Parties shall bear their own costs and attorney's fees.

**Filed** this 3rd day of October, 2023.

_____
Sam A. Lindsay
United States District Judge

Notice – Solo Page